**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 02-cr-00293-RB-19

UNITED STATES OF AMERICA,

 Plaintiff,

 v.

19. JOSHUA ERIC ANDERSON,

 Defendant.

## MINUTE ORDER[1]

 A hearing on violations of supervised release is set for **February 12, 2010**, at 3:30 p.m., concurrent with the Sentencing hearing for this defendant in Criminal Case No. 07-cr-00307-REB.

 Dated:  January 12, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.