# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Criminal Case No. 02-cr-00293-RB-19

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

19.  JOSHUA ERIC ANDERSON,

    Defendant.

## MINUTE ORDER[1]

    The defendant filed his **Unopposed Motion To Continue Sentencing Hearing** [#182] on February 10, 2010 in Criminal Case No. 07-cr-00307-REB.  On February 11, 2010, the court issued a Minute Order vacating the Sentencing hearing set for February 12, 2010.  A hearing on violations of supervised release in the instant case is set at that same time.

    **IT IS ORDERED** as follows:

    1.  That the Supervised Release Violations hearing set for February 12, 2010, is **VACATED** and **CONTINUED** pending further order of the court;

    2.  That on **February 25, 2010**, at 10:00 a.m., the court will conduct a telephonic setting conference to reset the Supervised Release Violations hearing; and

    3.  That counsel for the government shall coordinate, arrange, and initiate the conference call necessary to facilitate the setting conference.

    Dated:  February 11, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.