**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 02-cr-00293-RB-19

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

19.  JOSHUA ERIC ANDERSON,

    Defendant.

---

**MINUTE ORDER**[1]

---

On February 25, 2010, the court conducted a telephonic setting conference to reset the sentencing hearing in this matter.  After conferring with counsel, and with their consent,

**IT IS ORDERED** as follows:

1.  That on **July 2, 2010**, commencing at 9:00 a.m., the court shall conduct a sentencing hearing in this matter; and

2.  That, to the extent necessary, the U.S. Marshal shall assist in securing the defendant's appearance for this hearing.

Dated:  February 25, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.