**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 02-cr-00293-REB-19

UNITED STATES OF AMERICA,

    Plaintiff,

v.

19. JOSHUA ERIC ANDERSON,

    Defendant.

## MINUTE ORDER[1]

    At the oral request of the parties, the sentencing hearing previously set for July 2, 2010, is **VACATED** and is **CONTINUED** to **August 13, 2010**, at 10:30 a.m. That, to the extent necessary, the United States Marshal shall assist in securing the defendant's appearance for this hearing.

    Dated: May 28, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.