**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.  02-cr-00293-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

19.  JOSHUA ERIC ANDERSON,

    Defendant.

---

## ORDER

---

Pursuant to and in accordance with the supervised release violation hearing held before the Honorable Robert E. Blackburn, United States District Judge, on September 11, 2014,

**IT IS ORDERED** that Defendant Joshua Eric Anderson is sentenced to **time served**.

Dated:  September 11, 2014

                      BY THE COURT:

                      s/ Robert E. Blackburn
                      ROBERT E. BLACKBURN,
                      UNITED STATES DISTRICT JUDGE