**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 02-cr-00293-REB-19

UNITED STATES OF AMERICA,

    Plaintiff,

v.

19. JOSHUA ERIC ANDERSON,

    Defendant.

---

**MINUTE ORDER**[1]

---

    The matter before the court is the **Motion for Reconsideration and or Clarification of Order Regarding Supervised Release** [#1262][2] filed April 30, 2015.  The relief sought in the motion concerns only Criminal Case No. 07-cr-00307, a case in which Joshua Eric Anderson also is a defendant.  By a separate order docketed in Criminal Case No. 07-cr-00307, the motion has been resolved.  The motion does not seek relief relevant to Mr. Anderson in the above captioned case.  After reviewing the motion, the file, and the record, it is

    **ORDERED** that the **Motion for Reconsideration and or Clarification of Order Regarding Supervised Release** [#1262] filed April 30, 2015, is denied as moot in the above captioned case.

    Dated: June 19, 2015.

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#1262]" is an example of the convention the court uses to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  The court uses this convention throughout this order.